**EXHIBIT 1**
**Page 1 of 1**

## IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR WASHINGTON COUNTY

| | | |
|---|---|---|
| STATE OF OREGON, | | No. 20CR01720 |
| | Plaintiff, | |
| vs. | | INDICTMENT - Secret |
| TRACY LYNN CLOUD, | | |
| | Defendant. | |

*FILED OREGON JUDICIAL DEPT WASHINGTON COUNTY 1-9-20 2pm*

The above named defendant is accused by the Grand Jury of Washington County by this indictment of the crimes of

Count 1:    MURDER IN THE SECOND DEGREE WITH A FIREARM (FSG= 11; U Felony; ORS 163.115)
Count 2:  .  UNLAWFUL USE OF A WEAPON WITH A FIREARM (FSG= 6; C Felony; ORS 166.220(1)(a))
committed as follows:

COUNT 1
The defendant, on or about September 23, 2019, in Washington County, Oregon, did unlawfully and intentionally cause the death of Philip Cloud, another human being.

The State further alleges that the defendant used or threatened the use of a firearm.

COUNT 2
The defendant, on or about September 23, 2019, in Washington County, Oregon, did possess a deadly weapon, to wit: a firearm, with the intent to use said weapon unlawfully against Philip Cloud.

The State further alleges that the defendant used or threatened the use of a firearm.

contrary to the statutes and against the peace and dignity of the State of Oregon

It is hereby affirmatively declared for the record, upon appearance of the defendant for arraignment, and before the Court asks how the defendant pleads to the charges, that the State intends that any misdemeanor offenses charged herein each proceed as a misdemeanor.

Dated: January 8, 2020

Witnesses subpoenaed, examined and appeared in person unless otherwise indicated before the Grand Jury for the State of Oregon:

Gary Kramer (by simultaneous television transmission)
Camie Mateski
Rebecca Millius (by simultaneous television transmission)
Ryan Pope
Leland Ellison (by simultaneous television transmission)
David Rambin
Robert Rookhuyzen
Melissa Mazurek (by affidavit)

A TRUE BILL

_____
Foreperson of the Grand Jury

KEVIN BARTON, District Attorney

_____
John Gerhard
Senior Deputy District Attorney
Oregon State Bar # 076025

DA # 383613
HBS 50-192660681
DOB  06/15/ 1973
FPC #:
☒ Security Amount – **NO BAIL**

Grand Jury Proceeding Dates:
January 8, 2020

Page 1- Indictment (DA 383613)

# Law Office of Erin Olson, P.C.

**EXHIBIT 2**
**Page 1 of 15**

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

2014 NE Broadway Street
Portland OR 97232-1511

Phone: 503-546-3150
Fax: 503-548-4435
E-mail: eolson@erinolsonlaw.com
Website: www.erinolsonlaw.com

November 13, 2020

Intel Retirement Plans
Administrative Committee
Intel Corporation Plan Administrator
1900 Prairie City Road, FM3-224
Folsom, CA  95630

Re:     **Claim for Benefits - Intel 401(k) Savings and Retirement Contribution Plans**
          **Intel Former Employee:  Philip Louis Cloud**
          **Your Case #:  W933262-04NOV19**

Dear Intel Plan Administrator:

I represent Ruth Ann Munger, the niece of Philip Louis Cloud.  Philip Cloud was a
former Intel employee who died by homicide on September 23, 2019.  A copy of his
death certificate is enclosed.  His intestate estate is being probated in Washington
County, Oregon, as case No. 19PB07623.

Philip Cloud's estranged wife, Tracy Cloud, is being held without bail in Washington
County, Oregon, on charges of Murder in the Second Degree with a Firearm and
Unlawful Use of a Weapon With a Firearm.  A copy of the Indictment charging her with
Philip's murder is enclosed.  Trial is set to begin March 2, 2021.

Philip Cloud had account balances in the **Intel 401(k) Savings Plan** and the **Intel
Retirement Contribution Plan** at the time of his death.  Tracy Cloud was the
designated beneficiary of both plans, with no named contingent beneficiary.  Under the
terms of both Plans, Philip's benefits and balances pass to Philip's estate if Tracy is
disqualified.

Oregon law prohibits slayers from profiting from their crimes.  ORS 112.465.  So, too,
does federal common law, where ERISA preempts state slayer statutes.  *McClure v. Life
Ins. Co. of N. Am.*, 84 F.3d 1129, 1133 (9th Cir. 1996); *see Herinckx v. Sanelle*, 281 Or. App.
869, 385 P.3d 1190 (2016) (Oregon's slayer statute is preempted by ERISA).

By operation of ORS 112.465, Ms. Munger and her three siblings are the heirs of Philip Cloud's estate in light of Tracy Cloud's murder of him.  A copy of the petition identifying Ms. Munger and her siblings as the alternate heirs is enclosed, as is a copy of her slayer petition.

My client and her siblings are each entitled to one-fourth of Philip Cloud's Intel 401(k) Savings Plan balance and one-fourth of Philip Cloud's Intel Retirement Contribution Plan balance.  Please forward to me any forms necessary for my client and her siblings to formalize their claims.

In the event you elect to interplead the funds, I will accept service for Ms. Munger.

Please contact me if you have any questions.

Sincerely,

Erin K. Olson

Encs.

# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

OREGON HEALTH AUTHORITY
CENTER FOR HEALTH STATISTICS
**CERTIFICATE OF DEATH**

875086
I.D. TAG NO.

136-2019-026992
STATE FILE NUMBER

**TO BE COMPLETED BY FUNERAL FACILITY**

| Legal Name | First | Middle | Last | Suffix | Death Date |
|---|---|---|---|---|---|
| | Philip | Louis | Cloud | | September 23, 2019 |

| Sex | Age | Social Security Number | County of Death |
|---|---|---|---|
| Male | 62 years | ████0210 | Washington |

| Birthdate | Birthplace | Was Decedent Ever in U.S. Armed Forces? |
|---|---|---|
| May 08, 1957 | Ruislip, England | No |

Residence: 980 Orenco Loop #416

City/Town: Hillsboro

| Residence County | State or Foreign Country | Zip Code + 4 | Inside City Limits? |
|---|---|---|---|
| Washington | Oregon | 97124 | Yes |

| Marital Status at Time of Death | Spouse's Name Prior to First Marriage |
|---|---|
| Married | Tracy Lampron |

| Father's Name | Mother's Name Prior to First Marriage |
|---|---|
| Robert Cloud | Helen Hermann |

| Informant's Name | Telephone Number | Relationship to Decedent | Mailing Address |
|---|---|---|---|
| Tracy Cloud | Not Available | Spouse | 16880 NW Germantown Road, Portland, OR 97231 |

| Place of Death | Facility Name |
|---|---|
| Other - Private Residence | |

| Location of Death | City/Town or Location of Death | State | Zip Code + 4 |
|---|---|---|---|
| 16880 NW Germantown Road | Portland | Oregon | 97231 |

| Method of Disposition | Place of Disposition | Location (City/Town and State) |
|---|---|---|
| Cremation | Portland Cremation Center, LLC | Portland, Oregon |

Name and Complete Address of Funeral Facility
Duyck & VanDeHey Funeral Home Forest Grove LLC  9456 NW Roy Rd, Forest Grove, Oregon 97116

| Date of Disposition | Funeral Director's Signature | | OR License Number |
|---|---|---|---|
| TBD | ► Aaron Duyck | Electronically Signed | CO-3651 |

| Registrar's Signature | Date Received | Local File Number |
|---|---|---|
| ► Jennifer A. Woodward | October 07, 2019 | |

Amendment

**TO BE COMPLETED BY MEDICAL CERTIFIER**

| Was case referred to Medical Examiner? | Autopsy? | Were autopsy findings available to complete the cause of death? | Time of Death |
|---|---|---|---|
| Yes | Yes | Yes | 1323 |

**CAUSE OF DEATH**

Approximate Interval: Onset to Death

| IMMEDIATE CAUSE ↓ | |
|---|---|
| a. GUNSHOT (HANDGUN) WOUNDS OF TORSO | SECONDS |

Due to (or as a consequence of) ↓
b.

Due to (or as a consequence of) ↓
c.

Due to (or as a consequence of) ↓
d.

Other significant conditions contributing to death

| Manner of Death | If Female | Did tobacco use contribute to death? |
|---|---|---|
| Homicide | Not Applicable | No |

| Date of Injury | Time of Injury | Place of Injury | Injury at Work? |
|---|---|---|---|
| September 23, 2019 | 0111 | Other - Private Residence | No |

Location of Injury
16880 NW Germantown Road, Portland, Oregon 97231

| Describe how injury occurred | If transportation injury, specify. |
|---|---|
| Shot by other | |

| Name and Address of Certifier | |
|---|---|
| Rebecca Adele Millius | 13309 SE 84th Avenue 100, Clackamas, Oregon 97015 |

| Name and Title of Attending Physician If Other than Certifier | Date Signed |
|---|---|
| | October 07, 2019 |

| Medical Certifier | | Title of Certifier | License Number |
|---|---|---|---|
| Rebecca Adele Millius | Electronically Signed | M.D., M.E. | MD25336 |

Amendment

*20191007933*

45-2CC   (01/06)

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: October 07, 2019

JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

PR-0004





## IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR WASHINGTON COUNTY

STATE OF OREGON,

                    Plaintiff,

    vs.

TRACY LYNN CLOUD,

                    Defendant.

No. 20CR01720

INDICTMENT - Secret

*(filing stamp: OREGON JUDICIAL DEPT WASHINGTON COUNTY FILED 1-9-20 2pm)*

    The above named defendant is accused by the Grand Jury of Washington County by this indictment of the crimes of

Count 1:    MURDER IN THE SECOND DEGREE WITH A FIREARM (FSG= 11; U Felony; ORS 163.115)
Count 2:    UNLAWFUL USE OF A WEAPON WITH A FIREARM (FSG= 6; C Felony; ORS 166.220(1)(a))
committed as follows:

COUNT 1
The defendant, on or about September 23, 2019, in Washington County, Oregon, did unlawfully and intentionally cause the death of Philip Cloud, another human being.

The State further alleges that the defendant used or threatened the use of a firearm.

COUNT 2
The defendant, on or about September 23, 2019, in Washington County, Oregon, did possess a deadly weapon, to wit: a firearm, with the intent to use said weapon unlawfully against Philip Cloud.

The State further alleges that the defendant used or threatened the use of a firearm.

contrary to the statutes and against the peace and dignity of the State of Oregon

It is hereby affirmatively declared for the record, upon appearance of the defendant for arraignment, and before the Court asks how the defendant pleads to the charges, that the State intends that any misdemeanor offenses charged herein each proceed as a misdemeanor.

Dated: January 8, 2020

Witnesses subpoenaed, examined and appeared in person unless otherwise indicated before the Grand Jury for the State of Oregon:

Gary Kramer (by simultaneous television transmission)
Camie Mateski
Rebecca Millius (by simultaneous television transmission)
Ryan Pope
Leland Ellison (by simultaneous television transmission)
David Rambin
Robert Rookhuyzen
Melissa Mazurek (by affidavit)

A TRUE BILL

*(signature)*
Foreperson of the Grand Jury

KEVIN BARTON, District Attorney

*(signature)*
John Gerhard
Senior Deputy District Attorney
Oregon State Bar # 076025

DA # 383613
HBS 50-192660681
DOB 06/15/ 1973
FPC #:
☒ Security Amount – NO BAIL

Grand Jury Proceeding Dates:
January 8, 2020

Page 1- Indictment (DA 383613)

*(left margin, rotated: Certified Correct Copy of Original 5/2020)*

1

2

3

4

5       **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

6          **FOR THE COUNTY OF WASHINGTON**

7   In the Matter of the Estate of        )        Case No.: _____
                                           )
8                                          )        **PETITION FOR ORDER APPOINTING**
                                           )        **PERSONAL REPRESENTATIVE**
9   PHILIP L. CLOUD,                       )
                                           )        Value of Estate $230,000
10                                         )        Fee Authority: ORS 21.170(1)(b)
                   deceased.               )        Fee:  $558
11                                         )

12       Petitioner, Pegasus Fiduciary Services, LLC, alleges:

13                              **1**

14       The following information is given with regard to the decedent:

15       (A)   Name:              Philip L. Cloud

16       (B)   Age:               62
               Date of Birth:     May 8, 1957
17
         (C)   Domicile:          16880 NW Germantown Road
18                                Portland, OR 97231

19       (D)   Date of Death:     September 23, 2019
               Place of Death:    Portland, Oregon
20

21                              **2**

22       Decedent died intestate.

23                              **3**

24       Venue is established in Washington County, State of Oregon, in that, at the time of

25   the decedent's death:

26       (A)   Decedent held assets in Washington County; and,

27       (B)   Decedent resided and died in Washington County.

28   **PAGE 1 -    PETITION FOR ORDER APPOINTING PERSONAL REPRESENTATIVE**

4

Petitioner's address 4949 Meadows Road, Suite 600, Lake Oswego, OR 97035. Petitioner is duly licensed to act as a fiduciary in the State of Oregon.

5

Tracy L. Cloud is the surviving spouse of the decedent. She is the sole heir of the decedent. Tracy L. Cloud's address is 16880 NW Germantown Road, Portland, OR 97231. The decedent had no children. If Tracy L. Cloud's status as sole heir is set aside, the following would be heirs of the decedent:

| NAME | RELATIONSHIP | ADDRESS |
|---|---|---|
| Ruth Ann Munger | Niece | 9516 Royston Way<br>Elk Grove, CA 95758 |
| Mark Ian Cloud | Nephew | 7316 Huntington Square Lane, Apt 57<br>Citrus Heights, CA 95621 |
| Dawn Wilfong Robinson | Niece | 224 Max Avenue<br>Tucumcari, NM 88401 |
| Cassie Wilfong | Niece | 901 S. 13th Street<br>Tacoma, WA 98405 |

All nieces and nephews are adults. Reasonable efforts have been made to identify and locate all heirs of the decedent.

6

So far as is known to Petitioner, the nature, extent, liquidity and apparent value of assets of this estate subject to probate is personal property with an aggregate value of approximately $230,000.

7

Debts of the estate will not exceed $5,000.00.

8

The decedent was shot by Tracy L. Cloud, resulting in his death. A news report by KATU quotes Washington County Sheriff Deputies stating that it appears that she was acting in self

PAGE 2 -    PETITION FOR ORDER APPOINTING PERSONAL REPRESENTATIVE

1  defense and there is no indication that a crime was committed.   Tracy L. Cloud denies any liability

2  and denies committing any crime in regard to decedent's death.   To avoid any allegation of conflict

3  of interest, Tracy L. Cloud, as surviving spouse, and pursuant to ORS 113.085 nominates Pegasus

4  Fiduciary Services, LLC ("Pegasus")  to serve as Personal Representative.   Her Declaration is

5  attached. Pegasus is duly qualified and does provide fiduciary services in the State of Oregon. Tracy

6  Cloud has no relationship with Pegasus or any employees of Pegasus.

7                                                         9

8              Petitioner does not know of any person, nor anyone on behalf of that person, who

9  asserts an interest in the estate under ORS 113.035(8) or (9).

10             WHEREFORE, Petitioner prays for an Order as follows:

11             (A)     Appointing Pegasus Fiduciary Services, LLC, as Personal Representative of

12  the Estate of Philip L. Cloud;

13             (B)     Setting bond at $230,000; and,

14             (C)     After posting bond, Letters of Administration will issue.

15             I HEREBY DECLARE THAT THE CONTENT OF THIS PETITION IS TRUE TO
    THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND IT IS MADE FOR USE AS
16  EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

17
                                            PEGASUS FIDUCIARY SERVICES, LLC
18
19  Dated: _September 3 4, 2019_     By: _____
                                     Print Name: _John Draneas_
20                                   Title: _Manager_
                                               Petitioner
21

22

23

24
    Pegasus Fiduciary Services, LLC
25  4949 Meadows Road, Suite 600
    Lake Oswego, OR 97035
26  Telephone: (503) 496-5540
    Email: info@pegasusfiduciary.com
27  Petitioner

28  **PAGE 3 -     PETITION FOR ORDER APPOINTING PERSONAL REPRESENTATIVE**

1

2

3                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

4                          FOR THE COUNTY OF WASHINGTON

                                   Probate Department
5

6       In the Matter of the Estate of                Case No.:  19PB07623

7       PHILIP L. CLOUD,                               **PETITION FOR DECLARATORY**
                                                       **JUDGMENT PURSUANT TO ORS**
8                          Deceased.                   **112.455** *et seq.* **("SLAYER STATUTE")**

9

10          Petitioner alleges:

11                                        1.

12          Petitioner is the niece of the decedent, Philip Louis Cloud (hereinafter

13      "Decedent"), and brings this proceeding pursuant to ORS 28.010 to ORS 28.160.

14      This Court has jurisdiction to enter declaratory judgments, as provided in ORS

15      28.010 to ORS 28.160, and to determine matters involved in the administration of

16      an estate, including those pertaining to title of real and personal property, and of

17      heirship and distribution of the estate, and to determine any question arising in

18      the administration of an estate, pursuant to ORS 111.095.

19

20      **Page 1 - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455**
            *et seq.* **("SLAYER STATUTE")**

2.

Decedent died intestate.  His surviving spouse, Tracy L. Cloud, was the

sole intestate heir, as listed in the "Petition for Order Appointing Personal

Representative" filed herein.

3.

At the time of his death, the Decedent was Petitioner in a dissolution of

marriage proceeding entitled *Philip Louis Cloud v. Tracy L. Cloud*, Washington

County Circuit Court Case No. 19CR11775, and was additionally the defendant

in a trust administration matter entitled *In the Matter of the Robert Cloud Trust,*

*Tracy L. Cloud, Successor Trustee, v. Philip L. Cloud, Beneficiary*, Washington

County Circuit Court Case No. 19CV39119.

4.

In the case of *State of Oregon v. Tracy L. Cloud*, Washington County Circuit

Court Case No. 20CR01720, Decedent's surviving spouse has been charged with

murder for the intentional taking of the life of the Decedent.

5.

Property that would have passed from the Decedent to his slayer, Tracy L.

Cloud, by intestate succession, by transfer on death deed, by trust, or otherwise,

Page 2  - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
       *et seq.* ("SLAYER STATUTE")

1    shall pass and be vested as if the slayer, Tracy L. Cloud, had predeceased the

2    Decedent.  ORS 112.465.

3                                          6.

4        If Tracy L. Cloud's status as sole heir is set aside by operation of ORS

5    112.455 to ORS 112.555, Petitioner and her siblings, Mark Ian Cloud, Dawn

6    Wilfong Robinson, and Cassie Wilfong, will be the heirs of the Decedent.

7                                          7.

8        The respective property interests, rights, claims, assets and liabilities of the

9    Decedent; of his slayer, Tracy L. Cloud; and of any other heirs, entities, and

10   persons must be identified and determined pursuant to ORS 112. 455 to ORS

11   112.555, and in particular:

12       7 .1    Jointly owned property, pursuant to ORS 112.475, including (but not

13               limited to) the real property located at 16880 N.W. Germantown

14               Road, Portland, Oregon, 97231, Tax Lot No. 1N107D000700, Property

15               Account No. R590177, and more particularly described as:

16               Parcel I:

17               Beginning at a pipe in the South line of Section 7,
                 Township 1 North, Range 1 West of the Willamette
18               Meridian, in the County of Washington and State of
                 Oregon, which is North 89°42 1/2' West 637.62 feet from
19               the Southeast corner thereof; thence continuing North
                 89°42 1/2' West 647.33 feet along said South line to a pipe;
20
     Page 3  - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
             *et seq.* ("SLAYER STATUTE")

thence North 1°3' East 1009.9 feet parallel with the East
line of said Section to center of Germantown Road; thence
Northeasterly 660.6 feet along said center line; thence
South 1 °3' West 1131.92 feet to the place of beginning.

Parcel II:

Beginning at a pipe in the South line of Section 7,
Township 1 North, Range 1 West of the Willamette
Meridian, in the County of Washington and State of
Oregon, which is North 89°32' West 1285.03 feet from the
Southeast corner of said Section 7; thence continuing
North 88°32' West 215.94 feet to a pipe; thence North 1 °03'
East 944.1 feet to the center of Germantown Road; thence
North 80°02' East 220 feet along Germantown Road; thence
South 1 °03' West 1037.7 feet to the place of beginning.

7.2    Property in which Tracy L. Cloud owned a reversion or vested

remainder subject to a life estate, or other contingent remainder or

executory or other future interest owned by Tracy L. Cloud that

would become vested in her or increased in any way upon the death

of the Decedent, pursuant to ORS 112.495;

7.3    Property in which Tracy L. Cloud held an interest described in ORS

112.505(2);

7.4    The proceeds of insurance on the life and other benefit instruments

or plans of the Decedent, pursuant to ORS 112.515;

7.5    The proceeds of insurance on the life of Tracy L. Cloud, pursuant to

ORS 112.525; and

Page 4  - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
        *et seq.* ("SLAYER STATUTE")

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE Broadway Street, Portland, OR  97232-1511
Phone: (503) 546-3150 FAX:  (503) 548-4435 eolson@erinolsonlaw.com

1    7.6    Any other property in which the Decedent was asserting a claim for

2    distribution of marital assets pursuant to a Petition for Dissolution of

3    Marriage which was filed and pending at the time of the Decedent's

4    death, entitled *In the Matter of the Marriage of: Philip Louis Cloud and*

5    *Tracy L. Cloud*, Washington County Circuit Court Case No.

6    19CR11775.

7    8.

8    WHEREFORE, the Petitioner prays for a judgment of this Court declaring

9    the respective property interests, rights, claims, assets, and liabilities of the

10    Decedent, Philip Louis Cloud; his slayer, Tracy L. Cloud; and any other heirs,

11    entities or persons, and in particular:

12    1.    Jointly owned property, pursuant to ORS 112.475, including (but not

13    limited to) the real property located at 16880 N.W. Germantown

14    Road, Portland, Oregon, 97231, Tax Lot No. 1N107D000700, Property

15    Account No. R590177, and more particularly described as:

16    Parcel I:

17    Beginning at a pipe in the South line of Section 7,
       Township 1 North, Range 1 West of the Willamette

18    Meridian, in the County of Washington and State of
       Oregon, which is North 89°42 1/2' West 637.62 feet from

19    the Southeast corner thereof; thence continuing North
       89°42 1/2' West 647.33 feet along said South line to a pipe;

20

Page 5  - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
        *et seq.* ("SLAYER STATUTE")

1    thence North 1°3' East 1009.9 feet parallel with the East
     line of said Section to center of Germantown Road; thence
2    Northeasterly 660.6 feet along said center line; thence
     South 1 °3' West 1131.92 feet to the place of beginning.

3

4    Parcel II:

5    Beginning at a pipe in the South line of Section 7,
     Township 1 North, Range 1 West of the Willamette
     Meridian, in the County of Washington and State of
6    Oregon, which is North 89°32' West 1285.03 feet from the
     Southeast corner of said Section 7; thence continuing
7    North 88°32' West 215.94 feet to a pipe; thence North 1 °03'
     East 944.1 feet to the center of Germantown Road; thence
8    North 80°02' East 220 feet along Germantown Road; thence
     South 1 °03' West 1037.7 feet to the place of beginning;

9

10   2.   Property in which Tracy L. Cloud owned a reversion or vested

11        remainder subject to a life estate, or other contingent remainder or

12        executory or other future interest owned by Tracy L. Cloud that

13        would become vested in her or increased in any way upon the death

14        of the Decedent, pursuant to ORS 112.495;

15   3.   Property in which Tracy L. Cloud held an interest described in ORS

16        112.505(2);

17   4.   The proceeds of insurance on the life and other benefit instruments

18        or plans of the Decedent, pursuant to ORS 112.515;

19

20   Page 6 - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
          *et seq.* ("SLAYER STATUTE")

5.    The proceeds of insurance on the life of Tracy L. Cloud, pursuant to

ORS 112.525; and

6.    Any other property in which the Decedent was asserting a claim for

distribution of marital assets pursuant to a Petition for Dissolution of

Marriage which was filed and pending at the time of the Decedent's

death entitled, *In the Matter of the Marriage of: Philip Louis Cloud and*

*Tracy L. Cloud,* Washington County Circuit Court Case No.

19CR11775;

FURTHER declaring that Tracy L. Cloud shall not inherit from the

Decedent; AND FURTHER declaring the heirship and distribution of the net

Oregon intestate estate pursuant to the laws of intestate succession and ORS

112.455 through ORS 112.555.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE

BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS

MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY

FOR PERJURY.

Dated:   February _11_, 2020.

Ruth Ann Munger
Ruth Ann Munger

Page 7 - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
*et seq.* ("SLAYER STATUTE")

LAW OFFICE OF ERIN OLSON, P.C.
2014 NE Broadway Street, Portland, OR 97232-1511
Phone: (503) 546-3150 FAX: (503) 548-4435 eolson@erinolsonlaw.com

1    **Petitioner:**
Ruth Ann Munger
2    8989 Purple Martin Way
Elk Grove, CA  95758
3

**Attorneys for Petitioner:**
4    Erin K. Olson, OSB 934776
Law Office of Erin Olson, P.C.
5    2014 N.E. Broadway Street
Portland, OR  97232
6    503-546-3150
eolson@erinolsonlaw.com
7

Megan Johnson, OSB 012819
8    Pickett Dummigan McCall LLP
210 SW Morrison St 4th Fl
9    Portland OR  97204
503 223-7770
10    megan@pickettdummigan.com

11

12

13

14

15

16

17

18

19

20    Page 8  - PETITION FOR DECLARATORY JUDGMENT PURSUANT TO ORS 112.455
         *et seq.* ("SLAYER STATUTE")

**EXHIBIT 3**
**Page 1 of 1**

Verified Correct Copy of Original 11/9/2021.

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

FILED
WASHINGTON COUNTY CIRCUIT COURT
NOV 9 2021

| | |
|---|---|
| STATE OF OREGON, | ) C se No.: 20CR01720 |
| PI intiff, | ) VERDICT |
| vs. | ) |
| TRACY LAMPRON CLOUD, | ) |
| Defend nt | ) |

WE THE JURY, being first duly imp neled nd sworn in the above-entitled court nd cause do find the defendant in Count 1, Murder in the Second Degree

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

If you find the defendant guilty of Murder in the Second Degree, then you must consider the additional alleg tion th t the defend nt used or thre tened the use of a firearm. The st te bears the burden to prove that alleg tion to be true beyond a re sonable doubt. In order for the jury to return a finding of "yes" on that alleg tion, ll 12 jurors who voted to find the defendant guilty of Murder in the Second Degree must agree that the state h s proved that the defendant used or thre tened the use of a firearm.

20CR01720
VI
Verdict
14546854

\_\_\_X\_\_\_ Yes

_____ No

Dated this 9th d y of November, 2021.



Presiding Juror

1

2

3

4
IN THE CIRCUIT COURT OF THE STATE OF OREGON

5
FOR THE COUNTY OF WASHINGTON

6
STATE OF OREGON,

Plaintiff,

Case No. 20CR01720 (DA 383613)

7
vs.

8
TRACY LAMPRON CLOUD,

**JUDGMENT OF CONVICTION
AND SENTENCE**

9
Defendant.

10 This matter came before Judge Eric E. Butterfield on November 16, 2021 for sentencing.

11 The State of Oregon appeared by John Gerhard, Senior Deputy District Attorney and Melanie

12 Musial, Deputy District Attorney, and the defendant appeared in person, with court appointed

13 counsel, Jesse Merrithew, the Court having determined the defendant to be indigent.

14 It appears to the Court that the defendant has been indicted, arraigned, tried and found guilty

15 by jury verdict of the crime of Murder in the Second Degree with a Firearm (Unclassified Felony,

16 crime seriousness in unranked, criminal history I) in Count 1. Further, Count 2 was dismissed by

17 the State of Oregon prior to trial.

18 It further appears to the Court that more than 48 hours have passed since said verdict was

19 rendered, and there appears no good cause why sentence should not now be passed.

20 It is therefore CONSIDERED, ORDERED AND ADJUDGED by the Court that pursuant to

21 ORS 163.115(5)(a) the defendant shall be committed to the legal and physical custody of the

22 Corrections Department of the State of Oregon for life. It is further ORDERED pursuant to ORS

23 137.700 and 163.115(5)(b) that defendant be confined for a minimum of 25 years without

Page 1 – JUDGMENT OF CONVICTION AND SENTENCE (20CR01720)

1    possibility of parole, release on work release or any form of temporary leave or employment at a

2    forest work camp.

3        It is further ORDERED that defendant is not, during the service of the term of

4    imprisonment, eligible for release on post-prison supervision, nor any reduction in, or based on, the

5    minimum sentence for any reason whatsoever under ORS 421.121 or any other statute.

6        It is further ORDERED, pursuant to ORS 161.610, that the defendant serve a minimum term

7    of imprisonment of five (5) years.  The defendant shall not be eligible for work release, parole,

8    temporary leave or terminal leave until the minimum term of imprisonment is served, less a period

9    of time equivalent to any reduction of imprisonment granted for good time served or time credits

10    earned under ORS 421.121.

11        Further, it shall be the sentence of the Court that the defendant submit a blood or buccal sample

12    at defendant's own expense, unless defendant lacks the ability to pay, to the Oregon State Police for

13    the purposes of establishing a DNA profile.

14        Pursuant to defendant's stipulation, defendant relinquishes ownership of the weapons

15    confiscated from defendant, to-wit: Glock 19 CTC (serial #LAH119) and Glock 17 9MM

16    (serial#LNU010).  It is ORDERED that said weapon be released for destruction by the Washington

17    County Sheriff's Office Police Department.  Further, when said weapon is no longer needed as

18    evidence, the law enforcement agency shall destroy the weapon within six (6) months of the District

19    Attorney's Office confirmation that all criminal cases and related appeals and collateral relief are

20    resolved and shall provide the Court with a written return indicating the manner in which the

21    weapon was destroyed, the date, and by whom it was done.

22        It is further ORDERED that payment of a fine and court appointed attorney fees in this

23    matter are waived.

Page 2 – JUDGMENT OF CONVICTION AND SENTENCE (20CR01720)

**EXHIBIT 4**
**Page 3 of 3**

1 It is further ORDERED that defendant is sentenced to pay to the Clerk of the Court any

2 financial obligations in the Money Award section which follows and, in the manner, specified

3 (which section is hereby made a part of this judgment).

4 **MONEY AWARD**

5 The State of Oregon is the creditor and the defendant, Tracy Lampron Cloud, is the debtor.

6 1. Pay restitution to victim in an amount to be determined at a Restitution Hearing
scheduled for February 4, 2022 at 1:00 pm. Further, the defendant waives
7 appearance at said hearing.

8 All financial obligations specified in the Money Award shall be made payable to the State of

9 Oregon and shall be disbursed through the Clerk of the Court (150 North First Avenue, First Floor,

10 Hillsboro, Oregon 97124) as set forth in ORS 137.146.

11 12/2/2021 9:24:35 AM

12

13

14

**Circuit Court Judge, Eric Butterfield**

15 INTERPRETER
Court Reporter: FTR
16 cc: Jesse Alan Merrithew 11/19 /21
Control #: JWAS220784393
17 klk

18

19

20

21

22

23

Page 3 – JUDGMENT OF CONVICTION AND SENTENCE (20CR01720)