IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RUTH ANN MUNGER**, Individually, and in her Capacity as Personal Representative of the Estate of Philip Louis Cloud,<br><br>Plaintiff,<br>v.<br><br>**INTEL CORPORATION,** a Delaware Corporation, as Plan Administrator of the Intel Retirement Contribution Plan, Intel 401(K) Savings Plan; Intel Minimum Pension Plan, Intel Retiree Medical Plan, and Sheltered Employee Retirement Medical Account; **INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE; INTEL BENEFITS ADMINISTRATIVE COMMITTEE;** and **TRACY LAMPRON CLOUD,**<br><br>Defendants. | Case No.: 3:22-cv-00263-HZ<br><br>**JUDGMENT** |

In accordance with the Court's "Opinion and Order" [ECF 63] of May 3, 2023, granting "Plaintiff's Motion for Summary Judgment" [ECF 29] estopping defendant Tracy Lampron Cloud from relitigating the issue of

**PAGE 1 – JUDGMENT**

whether she killed Philip L. Cloud with felonious intent and the Court's "Opinion and Order" [ECF 92] of October 5, 2023, granting "Plaintiff's Motion for Summary Judgment Re: Disposition of Intel Plan Benefits" [ECF 66], it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff Ruth Ann Munger, in her individual capacity, is DISMISSED from this action WITH PREJUDICE;

2. The Estate of Philip Louis Cloud is the rightful beneficiary of Philip Louis Cloud's Intel Retirement Contribution Plan and 401(k) Savings Plan benefits;

3. The Intel Retirement Plans Administrative Committee is ORDERED to distribute Philip L. Cloud's Intel Retirement Contribution Plan and 401(k) Savings Plan benefits to the Estate of Philip L. Cloud in care of plaintiff Ruth Ann Munger, in her capacity as Personal Representative of the Estate of Philip L. Cloud;

4. No entity or person is entitled to the benefits of Philip L. Cloud's Intel Minimum Pension Plan, Intel Retiree Medical Plan, or Intel Sheltered Employee Retirement Medical Account Plan;

5. Upon the distribution by the Intel Retirement Plans Administrative Committee of Philip L. Cloud's retirement and savings plans in accordance with paragraph 3, no entity or person may commence,

prosecute, or institute – and all entities and persons are enjoined from commencing, prosecuting, or instituting – any action against Intel Corporation, the Intel Retirement Plans Administrative Committee, or the Intel Benefits Administrative Committee (collectively "the Intel Defendants") for Philip L. Cloud's retirement and benefits plans, and the Intel Defendants and the plans are fully and conclusively discharged from all liability under Philip L. Cloud's Intel retirement and benefits plans;

6. Plaintiff's Second and Third Claims for Relief are DISMISSED WITH PREJUDICE as moot;

7. All other matters raised in this lawsuit having been adjudicated or mooted by this JUDGMENT, the Clerk is DIRECTED to close this case.

8. Pending motions, if any, are DENIED.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 23, 2023.

                                                                             MARCO A. HERNÁNDEZ
                                                                             United States District Judge